# Third District Court of Appeal

**State of Florida**

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2276
Lower Tribunal No. 93-30334
_____

**Tyrone Jordan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Tyrone Jordan, in proper person.

Ashley Moody, Attorney General, and Joanne Diez, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.